JEFFREY M. CASSUTO, ESQ.
(JC-0601)
*Attorney for Plaintiff*
299 Broadway, Suite 1020
New York, New York 10007
(212) 594-4077

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
FASHION BRIDGE CORP.,

                                Plaintiffs,

   -against-

COVINGTON HOLDINGS, LLC, COVINGTON
FABRICS CORP., COVINGTON FABRIC &
DESIGN, LLC, COVINGTON INDUSTRIES, INC.,
CELE HOLDINGS, INC., WEBSTER BUSINESS
CREDIT CORPORATION, ROGER GILMARTIN,
MARK S. KAHAN and "JOE DOES" 1-10,

                                Defendants.
---------------------------------------------------------------------X

Index No.

**Rule 7.1 Statement**

       There are no parent corporations or publicly held corporations that own Ten Percent (10%) or more of Plaintiff, Fashion Bridge Corp's stock.

Dated:  New York, New York
           August 12, 2008

                                                                  By:  _____
                                                                        JEFFREY M. CASSUTO, ESQ.
                                                                        (JC-0601)
                                                                        *Attorney for Plaintiff*
                                                                        299 Broadway, Suite 1020
                                                                        New York, New York 10007
                                                                        (212) 594-4077