JEFFREY M. CASSUTO, ESQ.
(JC-0601)
*Attorney for Plaintiff*
299 Broadway, Suite 1020
New York, New York 10007
(212) 594-4077

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FASHION BRIDGE CORP.,

                                                                       Index No. 7227CV08

              Plaintiffs,

    -against-

COVINGTON HOLDINGS, LLC, COVINGTON        **NOTICE OF CHANGE**
FABRICS CORP., COVINGTON FABRIC &             **OF ADDRESS**
DESIGN, LLC, COVINGTON INDUSTRIES, INC.,
CELE HOLDINGS, INC., WEBSTER BUSINESS
CREDIT CORPORATION, ROGER GILMARTIN,
MARK S. KAHAN and "JOE DOES" 1-10,

              Defendants.
---------------------------------------------------------------------X
**STATE OF NEW YORK, COUNTY OF NEW YORK, ss.:**

      Please be advised that the office of Attorney fo Plaintiff, Jeffrey M. Cassuto, Esq. has changed.  The new address is:

                        Jeffrey M. Cassuto, Esq.
                        111 Third Avenue, Suite 8C
                        New York, New York 10003

The telephone and facsimile numbers and email address remain the same.

Dated: New York, New York
        August 26, 2008

                                                \S\
                                          JEFFREY M. CASSUTO